FILED ___ LODGED
RECEIVED ___ COPY

DEC - 9 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SS _____ DEPUTY

PROB 22
(D\CO 01/03)

DOCKET NUMBER
11-cr-00002-REB-01

## TRANSFER OF JURISDICTION

DOCKET NUMBER
CR14-50129-TUC-CKJ (CRP)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>District of Colorado | DIVISION |
|---|---|---|
| Francisco DIAZ-BORQUEZ | NAME OF SENTENCING JUDGE<br>Robert E. Blackburn | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>12/21/2011 | TO<br>12/20/2014 |

OFFENSE
Illegal Reentry After Deportation Subsequent to a Felony Conviction, 8 U.S.C. § 1326(a) and (b)(1)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 18, 2014                          s/ Robert E. Blackburn

Date                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

12-9-2014                                  [signature]

Effective Date                             United States District Judge